UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA THERESA HILL,

        Plaintiff,

                                                               Case No. 14-12634

v.

                                                               HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 17)</u>**
**<u>AND</u>**
**<u>GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO A REMAND (Doc. 13)</u>**
**<u>AND</u>**
**<u>DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 14)</u>**
**<u>AND</u>**
**<u>REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS</u>**

I.

This is a Social Security case. Plaintiff Pamela Theresa Hill appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits or supplemental security income. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment.

On June 15, 2015, the magistrate judge issued a report and recommendation (MJRR), recommending that plaintiff's motion be granted to the extent that the case is remanded for further administrative proceedings and that the Commissioner's motion be

denied. Specifically, the magistrate judge recommends that the matter be remanded for further administrative proceedings under sentence four[1] because of insufficient support for the ALJ's findings and for the resolution of certain factual issues.

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985).

However, the Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. Plaintiff's motion for summary judgment is GRANTED IN PART AND DENIED IN PART. The Commissioner's motion for summary judgment is DENIED.

---

[1] "A district court's authority to remand a case for further administrative proceedings is found in 42 U.S.C. § 405(g)." Hollon v. Commissioner, 447 F.3d 477, 482-83 (6th Cir. 2006). The statute permits only two types of remand: a sentence four (post-judgment) remand made in connection with a judgment affirming, modifying, or reversing the Commissioner's decision; and a sentence six (pre-judgment) remand where the court makes no substantive ruling as to the correctness of the Commissioner's decision. Hollon, 447 F.3d at 486 (citing Melkonyan v. Sullivan, 501 U.S. 89, 99-100, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991)).

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

                                                    S/Avern Cohn
                                                    AVERN COHN

Dated:  July 15, 2015       UNITED STATES DISTRICT JUDGE
        Detroit, Michigan